IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLEEN HAYES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1204 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| | : | |

**ORDER**

**AND NOW**, this 18th day of August 2025, upon independent consideration of the plaintiff's brief and statement of issues in support of request for review (DI 16), defendant's response (DI 18), plaintiff's reply (DI 19), after review of Judge Hey's Report and Recommendation (DI 23), plaintiff's objections (DI 24), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 23) is **APPROVED** and **ADOPTED** as modified and explained in the accompanying memorandum.

2. We **OVERRULE** the plaintiff's objections (DI 24).

3. Plaintiff's brief and statement of issues in support of request for review (DI 16) is **DENIED** and **DISMISSED** with prejudice.

4. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**