IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLEEN H.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-1204 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |

### AMENDED ORDER[1]

**AND NOW**, this 21st day of August 2025, upon independent consideration of the plaintiff's brief and statement of issues in support of request for review (DI 16), defendant's response (DI 18), plaintiff's reply (DI 19), after review of Judge Hey's Report and Recommendation (DI 23), plaintiff's objections (DI 24), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 23) is **APPROVED** and **ADOPTED** as modified and explained in the accompanying memorandum.

2. We **OVERRULE** the plaintiff's objections (DI 24).

3. Plaintiff's brief and statement of issues in support of request for review (DI 16) is **DENIED** and **DISMISSED** with prejudice.

4. The Clerk of Court shall **close** this case.

**MURPHY, J.**

---

[1] This order is an amended version of an order issued on August 18, 2025. We amend only to remove the last name of the petitioner to comply with a standing order in this district issued on June 10, 2024. There are no other changes, substantive or otherwise.